IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KATHY BERGQUIST,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:14-CV-992-RAJ<br><br>[Proposed] ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $10,700.00 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b). $4,088.85, of this amount may be withheld to offset the previously awarded EAJA fees or the amount may be sent to counsel who will refund the fee.

Dated this 24th day of August, 2017.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge